FILED

09/21/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0176

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0176

_____

ELIZABETH STROOCK,

     Plaintiff and Appellant,

   v.

                                    O R D E R

ALEXANDER SIRR and ELISABETH SIRR,
husband and wife, JOHN DOES 1-5, and JANE
DOES 1-5,

     Defendants and Appellees.

_____

     Counsel for Appellant has filed an Unopposed Motion to Dismiss Appeal indicating the matter has been settled.  Good cause appearing,

     IT IS ORDERED that the case is DISMISSED WITH PREJUDICE.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 21 2021